IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE SOLORZANO,

    Petitioner,                    No. CIV S-12-1303 EFB P

    vs.

BOBBY PHILLIPS,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

    In a habeas action, venue is proper in either the district of confinement or the district of conviction. 28 U.S.C. 2241(d). Petitioner was convicted in the Riverside County Superior Court, but is confined in Mississippi. Thus, the Eastern District is not a proper venue for this action.

    Petitioner's habeas petition challenges his conviction in the Riverside County Superior Court. As witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, the court will transfer this action to the United States District Court for the Central District of California. *See* Rule 12, Rules Governing

1

§ 2254 Cases; 28 U.S.C. 1404(a); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973). The court declines to take action on petitioner's application to proceed *in forma pauperis*.

Accordingly, it is ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED: May 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE